IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| BABAJIDE ADESAYO, | CRIMINAL ACTION FILE<br>NO.1:24-CR-00154-MHC-JEM |
| Defendant. | |

## ORDER

This matter is before the Court for consideration of Defendant's unopposed motion for an extension of time within which to file pretrial motions and to continue the pretrial conference. (Doc. 28). For good cause shown, the Court **GRANTS** the motion and will afford Defendant until Monday, July 29, 2024 to file pretrial motions, followed by a subsequent pretrial conference scheduled for **Tuesday, August 6, 2024 at 10:30 A.M.** The pretrial conference will be conducted by video using Microsoft Teams. Counsel will be sent instructions prior to the hearing.

**IT IS HEREBY ORDERED** that the period between the date of the motion to continue, June 25, 2024, and the date of the pretrial conference, August 6, 2024, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The ends of justice served by granting the continuance outweigh the

best interest of the public and the Defendant in a speedy trial.

    **SO ORDERED** June 26, 2024.

_____
J. ELIZABETH McBATH
UNITED STATES MAGISTRATE JUDGE